UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DAVID CONSTANCE                                CIVIL ACTION

VERSUS

N. BURL CAIN, ET AL.                           NO.: 15-00329-BAJ-RLB

## RULING AND ORDER

Before the Court is the United States Magistrate Judge's **Report and
Recommendation (Doc. 19)** pursuant to 28 U.S.C. § 636(b)(1). The Report and
Recommendation addresses Petitioner, David Constance's Petition for Writ of Habeas
Corpus (Doc. 1). The *pro se* Petitioner, an inmate confined at the Louisiana State
Penitentiary, Angola, Louisiana, filed this habeas corpus proceeding pursuant to 28
U.S.C. § 2254, challenging his 2006 criminal conviction and sentence, entered in the
Twenty-First Judicial District Court for the Parish of Livingston, State of Louisiana,
on four counts of aggravated rape. (*Id.*). The Magistrate Judge recommended that
"[P]etitioner's application for habeas corpus relief be denied, with prejudice, as
untimely [sic],"[1] and that in the event that Petitioner seeks to pursue an appeal, a
certificate of appealability be denied. (Doc. 19 at p. 24).

---

[1] The Court notes, and has confirmed, that there is an obvious typographical error in the Magistrate
Judge's recommendation finding that the Petition was untimely filed. (Doc. 19 at p. 24). The timeliness
of the petition is not, and was not, an issue in this matter. Furthermore, Petitioner's Objection fully
discusses all of the Magistrate Judge's proposed findings of fact, conclusions of law, and
recommendations. (*see* Doc. 20).

The Report and Recommendation notified the parties that, pursuant to 28 U.S.C. § 636(b)(1), they had fourteen (14) days from the date they received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. (*Id.* at p. 1). Plaintiff filed a timely Objection. (Doc. 20). Having carefully and independently considered the underlying Complaint, the instant motions, and related filings, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts its findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report and Recommendation (Doc. 19)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that Petitioner's **Petition for Writ of Habeas Corpus (Doc. 1)** is hereby **DENIED WITH PREJUDICE.**

Baton Rouge, Louisiana, this **21ˢᵗ** day of May, 2018.

**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**