UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DAVID CONSTANCE                                 CIVIL ACTION

VERSUS

N. BURL CAIN, ET AL.                           NO. 15-329-BAJ-RLB

ORDER

Before the Court are Petitioner's **Motion for Issuance of Certificate of Appealability (Doc. 23)** and **Motion to Proceed** *in Forma Pauperis* **(Doc. 24)**. On May 21, 2018, the Court issued an Order dismissing the Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 as untimely. (Doc. 21).

A certificate of appealability may issue only if a habeas petitioner has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2). Where a court rejects a petitioner's constitutional claims on procedural grounds, a petitioner must show that "jurists of reason would find it debatable whether the petition states a valid claim of a denial of constitutional right *and* that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Ruiz v. Quarterman*, 460 F.3d 638, 642 (5th Cir. 2006) (emphasis in original). Here, the Court finds that reasonable jurists would not debate the denial of the petitioner's application or the correctness of the procedural ruling.

Under 28 U.S.C. § 2253(c), "[u]nless a circuit justice or judge issues a certificate of appealability, an appeal may not be taken to the court of appeals from . . . the final order in a *habeas corpus* proceeding in which the detention complained of arises out

of process issued by a State court[.]" This Court concludes that the Petitioner is not entitled to a certificate of appealability.

Accordingly,

**IT IS ORDERED** that Petitioner's **Motion for Issuance of Certificate of Appealability (Doc. 23)** and **Motion to Proceed** *in Forma Pauperis* **(Doc. 24).** are **DENIED**.

Baton Rouge, Louisiana, this 20th day of July, 2018.

_____
**BRIAN A. JACKSON**
**UNITED STATES DISTRICT JUDGE**
**MIDDLE DISTRICT OF LOUISIANA**